UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:00CR263 (JCH) |
| | : | |
| v. | : | |
| | : | |
| DAVID L. BURDEN | : | |
| a/k/a Q a/k/a QB a/k/a Quinten | : | JULY 20, 2005 |

**MOTION ON CONSENT FOR EXTENSION OF TIME
TO FILE WRITTEN SUBMISSION IN SUPPORT OF RESENTENCING**

Defendant David "QB" Burden hereby moves for an extension of time to file his submission requesting resentencing in this matter. In support of this motion, the undersigned represents as follows:

1. As a result of the remand from the Court of Appeals [Dkt. No. 1728], the Court is required to consider whether it would have imposed a non-trivially different sentence in this case if the United States Sentencing Guidelines had been advisory.

2. On June 21, 2005, the Court issued a Scheduling Order setting July 21, 2005 as the deadline for the filing of simultaneous written submissions from the Government, the defendant, and co-defendants David "DMX" Burden, and Jermain Buchanan.

3. Defendant David "QB" Burden has requested that counsel file a written submission and argue for resentencing.

4. Due to various personal commitments, and the press of other business (including various depositions, hearings, and a trial on July 21, 2005), the undersigned will not be able to submit a written submission by July 21, 2005.

5. The undersigned has spoken with AUSA Stephen B. Reynolds, who advised that the Government consents to the extension. Since the Scheduling Order calls for the filing of simultaneous submissions, and Mr. Reynolds will be on vacation next week, the defendant and the Government respectfully request that the Court grant the extension and set a new deadline of August 4, 2005 for the filing of written submissions. The Government will file its submission with respect to co-defendants Jermain Buchanan and David "DMX" Burden in accordance with the current schedule.

WHEREFORE, the defendant David "QB" Burden respectfully requests that the Court grant his motion for extension and set August 4, 2005 as the new deadline for the filing of written submissions *in his case only*.

Respectfully submitted,

_____/s/_____
Robert M. Frost, Jr. (ct 19771)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06604
Telephone: (203) 333-9441
Facsimile: (203) 333-1489
Email: rfrost@znclaw.com

Attorneys for David L. Burden
a/k/a Q a/k/a QB a/ka Quinten

**CERTIFICATION**

This is to certify that a copy of the foregoing has been hand-delivered to:

Stephen B. Reynolds, Esq.
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT  06604

And via United States Mail, postage prepaid to:

Bruce Koffsky, Esq.
1200 Summer Street, #201
Stamford, CT  06905

Jeremiah Donovan, Esq.
P.O. Box 554
Old Saybrook, CT  06475

Timothy Aspinwall, Esq.
3200 Main Street
Stratford, CT  06497

William T. Koch, Esq.
151 Brush Hill Road
Lyme, CT  06731
860-434-3060

Peter Truebner, Esq.
111 Prospect Street, No. 206
Stamford, CT  06901

Dated at Bridgeport, Connecticut this 20th day of July 2005.


_____/s/_____
Robert M. Frost, Jr.